```
          UNITED STATES DISTRICT COURT
           DISTRICT OF NEW HAMPSHIRE
```

<u>Edward D. Berthiaume</u>

    v.                    Case No. 09-cv-221-PB

<u>Ticor Title, et al.</u>

<u>ORDER</u>

    Re: Document No. 14, Motion to Intervene

    Ruling:

Denied without prejudice as premature. Plaintiff moved for a subpoena but his request is unnecessary. Rule 45(a)(3) means what it says. "The Clerk shall issue a subpoena signed but otherwise blank, to a party requesting it." The Clerk is ordered to provide that subpoena to plaintiff. Plaintiff may subpoena the telephone records of every call in the relevant period for which he was charged, paying the witness fee and mileage as required by law. . Hillsborough County may exercise its rights under Rule 45 but should advance arguments cognizable under federal law. Defendants have no right to object under Rule 45.

                                          <u>/s/ James R. Muirhead</u>
                                          James R. Muirhead
                                          Magistrate Judge

Date: November 3, 2009

cc: Edward D. Berthiaume, Pro Se
    Beryl Cohen, Pro se
    Timothy Gudas, Esq.
    Carolyn Kirby, Esq.