UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Edward D. Berthiaume</u>

        v.                                        Civil No. 09-cv-221-PB

<u>Beryl Cohen</u>


<u>O R D E R</u>

      Plaintiff has failed to respond to the show cause order with affidavits and exhibits demonstrating that he has a triable issue as to whether the injuries on which his claim is based were proximately caused by the defendant's alleged negligence.  The plaintiff has neither offered expert testimony on this subject nor has he produced admissible evidence to support his assertion that he could establish proximate cause without the benefit of expert testimony. Summary judgement is entered in favor of the defendant.


      SO ORDERED.


October 12, 2010                                    /s/ Paul Barbadoro
                                                        Paul Barbadoro
                                                        US District Judge


cc:     Edward Bertiaume, Pro Se
         Beryl Cohen, Pro Se